IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

BONNIE BEAUMONT,

Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant.

Civil Action No. 00-CV-1093 (JRT/FLN)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties herein, that the above-captioned action is dismissed in its entirety with prejudice and without attorneys' fees, costs or disbursements to either party.

NEFF LAW FIRM, P.A.

Date: Jan 31, 2001

By: Theresa A. Freeman
Theresa A. Freeman (#150848)

Attorneys for Plaintiff
770 Minnesota Center
7760 France Avenue South
Bloomington, MN 55435
(952) 831-6555

PROSKAUER ROSE LLP

Date: Feb. 1, 2001

By: Howard L. Ganz / [signature] with permission
Howard L. Ganz (HG-8644)

Attorneys for Defendant
1585 Broadway
New York, NY 10036
(212) 969-3035

**SO ORDERED:**

Date: 2-2-2001

[signature]
John R. Tunheim
United States District Court Judge

FILED FEB 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________